| UNITED STATES BANKRUPTCY COURT<br>Western District of Virginia (Lynchburg) | NOTICE OF CHANGE OF ADDRESS |
|---|---|
| Name of Debtor:<br>Willie Roger Adams and Mary Estelle Adams Case Number: 12-61187 | |
| Name of Creditor:<br>The Bank of New York Mellon, as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2002-4 | |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | **COURT USE ONLY** |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 1435** | Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☐ I am the creditor.
   ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels          Date:  03/30/2015
   Michael Daniels - Assistant Secretary
   (Filed by: Angela Jump)

1259741-ca1eda22-5a97-49e1-8c04-80dbe40edaf1-

# UNITED STATES BANKRUPTCY COURT

Western District of Virginia (Lynchburg)

Chapter 13 No. 12-61187

In re:

Judge: Judge Paul M. Black

Willie Roger Adams and Mary Estelle Adams

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: Willie Roger Adams
Mary Estelle Adams
5117 Black Walnut Road
Randolph, VA 23962

Debtor's Attorney: Margaret C. Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502

Trustee: Christopher T. Micale (393585)
P. O. Box 1001
Roanoke, VA 24005

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1259741-2ae854bb-9b89-4d64-9e17-99dd377aafea-